IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01586-WYD-OES

RMS MONTE CHRISTO, LLC, a Wyoming Limited Liability Company,

   Plaintiff(s),

v.

MARK R. SAWUSCH, an individual,

   Defendant(s).

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on an unopposed Motion to Dismiss Without Prejudice, filed by Plaintiff on November 1, 2005.  After review of the Motion to Dismiss and the file, the Court concludes that the case should be dismissed without prejudice.  Accordingly, it is

ORDERED that this matter is DISMISSED WITHOUT PREJUDICE, each party to pay their own costs and attorneys' fees.

Dated:  November 1, 2005

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              United States District Judge